**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| In re: | Case No. 18-06075 |
|---|---|
| EUGENE BRYANT | |
| Debtor(s) | |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/02/2018.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 09/26/2018.

6) Number of months from filing to last payment: 5.

7) Number of months case was pending: 9.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

## Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $5,200.00 |
| Less amount refunded to debtor | $1,275.60 |
| **NET RECEIPTS:** | **$3,924.40** |

## Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,710.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $214.40 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,924.40** |

Attorney fees paid and disclosed by debtor: $290.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ALLY FINANCIAL | Unsecured | NA | 25,134.11 | 25,134.11 | 0.00 | 0.00 |
| AMERICAN COLLECTION | Unsecured | 848.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN GENERAL FINANCE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN GENERAL FINANCE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN GENERAL FINANCE | Unsecured | 1,037.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN HOME MORTGAGE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN HOME MORTGAGE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ARONSON FURNITURE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ARONSON FURNITURE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BALLY TOTAL FITNESS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BALLY TOTAL FITNESS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 391.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 261.00 | 261.42 | 261.42 | 0.00 | 0.00 |
| CHASE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHASE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHASE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK SD NA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF FINANCI | Secured | 2,500.00 | NA | 2,500.00 | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF FINANCI | Secured | 536.00 | NA | 536.00 | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF FINANCI | Secured | 4,000.00 | NA | 4,000.00 | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF FINANCI | Secured | 300.00 | NA | 300.00 | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF FINANCI | Secured | NA | 1,528.89 | 1,528.89 | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF FINANCI | Secured | NA | 15,499.60 | 15,499.60 | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF FINANCI | Unsecured | 5,393.86 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF FINANCI | Unsecured | 375.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 13,900.00 | 47,065.00 | 47,065.00 | 0.00 | 0.00 |
| COOK COUNTY COLLECTOR | Secured | 10,000.00 | NA | 10,000.00 | 0.00 | 0.00 |
| COOK COUNTY COLLECTOR | Secured | 6,000.00 | NA | 6,000.00 | 0.00 | 0.00 |
| COOK COUNTY COLLECTOR | Secured | 8,000.00 | NA | 8,000.00 | 0.00 | 0.00 |
| COOK COUNTY COLLECTOR | Secured | 5,000.00 | NA | 5,000.00 | 0.00 | 0.00 |
| COOK COUNTY COLLECTOR | Secured | 3,000.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| COOK COUNTY STATES ATTORNEY | Unsecured | 2,200.00 | NA | NA | 0.00 | 0.00 |
| COOK COUNTY TREASURER | Secured | NA | 6,500.63 | 6,500.63 | 0.00 | 0.00 |
| COOK COUNTY TREASURER | Secured | NA | 3,190.50 | 3,190.50 | 0.00 | 0.00 |
| COOK COUNTY TREASURER | Secured | NA | 4,216.18 | 4,216.18 | 0.00 | 0.00 |
| COOK COUNTY TREASURER | Secured | NA | 21,226.93 | 21,226.93 | 0.00 | 0.00 |
| CREDIT COLLECTION SERV | Unsecured | 241.00 | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECTION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DELVISION SB 1 LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DORCHESTER SHORE CONDO ASSOC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| EMC MORTGAGE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FOCUS RECEIVABLES MGMT | Unsecured | 997.00 | NA | NA | 0.00 | 0.00 |
| FOCUS RECEIVABLES MGMT | Unsecured | 236.00 | NA | NA | 0.00 | 0.00 |
| GATEWAY ONE LENDING & FINANCI | Unsecured | 2,334.00 | NA | NA | 0.00 | 0.00 |
| GATEWAY ONE LENDING & FINANCI | Secured | 8,000.00 | 10,591.72 | 10,334.00 | 0.00 | 0.00 |
| GM FINANCIAL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HARRIS & HARRIS | Unsecured | 2,317.00 | NA | NA | 0.00 | 0.00 |
| HARRIS & HARRIS | Unsecured | 1,209.00 | NA | NA | 0.00 | 0.00 |
| HARVARD COLLECTION | Unsecured | 959.00 | NA | NA | 0.00 | 0.00 |
| HORIZON CARD | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| I C Systems Collections | Unsecured | 330.00 | NA | NA | 0.00 | 0.00 |
| IL DEPT OF REVENUE | Priority | 3,533.47 | 1,051.65 | 1,051.65 | 0.00 | 0.00 |
| IL DEPT OF REVENUE | Unsecured | 3,298.48 | 4,793.08 | 4,793.08 | 0.00 | 0.00 |
| IL DEPT OF REVENUE | Secured | NA | 753.55 | 753.55 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 12,657.43 | 3,105.07 | 3,105.07 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 7,997.62 | 17,230.64 | 17,230.64 | 0.00 | 0.00 |
| IRVIN WEST | Secured | 15,000.00 | NA | 15,000.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 419.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 432.00 | 432.67 | 432.67 | 0.00 | 0.00 |
| KMA FINANCIAL | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| LAMONT HANLEY & ASSOC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| LEASE FINANCE GROUP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| LITTON LOAN SERVICING INC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| LITTON LOAN SERVICING INC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| LITTON LOAN SERVICING INC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| LITTON LOAN SERVICING INC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| LITTON LOAN SERVICING INC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MAJOR FINANCE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MB FINANCIAL BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MB FINANCIAL BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Unsecured | 108.00 | NA | NA | 0.00 | 0.00 |
| MILLENIUM CREDIT CONSULTANTS | Unsecured | 2,596.00 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE CREDIT & COLLECTIO | Unsecured | 1,574.00 | NA | NA | 0.00 | 0.00 |
| NCEP LLC | Secured | 11,725.00 | 4,440.66 | 11,725.00 | 0.00 | 0.00 |
| NCEP LLC | Unsecured | 1,963.10 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 275.00 | NA | NA | 0.00 | 0.00 |
| NEW CENTURY MORTGAGE C | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| OCWEN LOAN SERVICING LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| OPTION ONE MORTGAGE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| OPTION ONE MORTGAGE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| OPTION ONE MORTGAGE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 2,317.00 | 2,647.68 | 2,647.68 | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PROFESSIONAL ACCOUNT MGMT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PROFESSIONAL ACCOUNT MGMT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PROVIDENT CFS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PROVIDENT CFS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PROVIDIAN FINANCIAL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PROVIDIAN FINANCIAL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| RECA PROPERTIES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| RECEIVABLE MGMT | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| RECEIVABLE MGMT | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| SELECT PORTFOLIO SVC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SHORE BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SHORE BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SHORE BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SHORE BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SHORE BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SHORE BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SPEEDYRAPID CASH | Unsecured | 2,177.00 | 2,177.11 | 2,177.11 | 0.00 | 0.00 |
| THE BUREAUS INC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| The Diamond Center | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| TRIAD FINANCIAL CORP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| UNITED AUTO SALES | Secured | 2,000.00 | 2,068.52 | 2,000.00 | 0.00 | 0.00 |
| URBAN PARTNERSHIP BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| URBAN PARTNERSHIP BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| USAA SAVINGS BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| VALENTINE & KEBARTAS | Unsecured | 2,286.00 | NA | NA | 0.00 | 0.00 |
| WASHINGTON MUTUAL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WASHINGTON MUTUAL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WASHINGTON MUTUAL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WEST ASSET MANAGEMENT | Unsecured | 688.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $24,059.00 | $0.00 | $0.00 |
| All Other Secured | $104,252.28 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$128,311.28** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $4,156.72 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$4,156.72** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$99,741.71** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $3,924.40 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS** : | **$3,924.40** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 12/04/2018                By: /s/ Tom Vaughn
                                           Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**